PLAINTIFF/PETITIONER/MOVANT'S NAME **Leroy Willis JR TTF06415**

PRISON NUMBER

PLACE OF CONFINEMENT **Central Jail San Diego California**

ADDRESS **1173 Front - SD,CA**

2008 MAY -9 PM 2:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

2254 ___  1983 ✓

**FILING FEE PAID**
Yes ___   No ✓

**IFP MOTION FILED**
Yes ✓   No ___

**COPIES SENT TO**
Court ✓   ProSe ___

# United States District Court
## Southern District Of California

**Leroy Willis JR**
, Plaintiff/Petitioner/Movant

**W.B. Kollender**
**Richard Liekweg**
, Defendant/Respondent

Civil No. **'08 CV 0844 JAH JMA**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ■ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?   ☐ Yes ■ No
    Do you receive any payment from the institution?   ☐ Yes ■ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                 ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner you** <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirment.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant          **Willis, Leroy**
                                      (Name of Inmate)

**Booking No. 7770645**
(Inmate's CDC Number)

has the sum of $ **50.07**          on account to his/her credit at

**SAN DIEGO CENTRAL JAIL**
(Name of Institution)

I further certify that the applicant has the following securities ...  **NONE**
to his/her credit according to the records of the aforementioned
institution. I further certify that *during the past six months*
the applicant's *average monthly balance* was ..................$   **$10.01**
& the *average monthly deposit* to the applicant's account was..........$   **$47.00**

ALL PRISONERS <u>*MUST*</u> ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

March 28, 2008                        *James R. Birdsong* (signature)
                                      SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

I, the undersigned custodian of records, certify that the attached is a true and correct copy of the original document on file in the Records Division of the San Diego County Sheriff's Department.

SHERIFF OF SAN DIEGO COUNTY           **Lt. James R. Birdsong**
                                      OFFICER'S FULL NAME (PRINTED)

By _____ Date 03-28-08      **Assistant Facility Commander, SDCJ**
                                      OFFICER'S TITLE /RANK

civ-67 (Rev. 9/97)                    K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _LeRoy Willis JR_ (Name of Prisoner/ CDC No.), request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 3-28-08                    _Leroy Willis Jr_
                                SIGNATURE OF PRISONER