(Name) _Mr Leroy Willis Jr_

(Address) _1173 Front Street_

(City, State, Zip) _San Diego CA_

(CDC Inmate No.) _T706645_

JAH-JMA

NUNC PRO TUNC

AUG 29 2008

**FILED**
SEP 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _JA_  DEPUTY

# United States District Court
## Southern District of California

_Leroy Willis Jr  T706645_
(Enter full name of plaintiff in this action.)

)
)
)
)  Plaintiff,
)
)
) v.
)
_Chief Bill Kolender, Deputy Sheriff_
_R. Lickley CEO UCSO Hillcrest_
_Deputy J. Anderson, Deputy_
_Deputy KATA, Deputy_
(Enter full name of each defendant in this action.)
)  Defendant(s).
)
)

Civil Case No. _08CV 844_
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, _Mr Leroy Willis Jr_
   (print Plaintiff's name)
   _____, who presently resides at _1173 Front Street_
   (mailing address or place of confinement)
   _San Diego, CA 92101_, were violated by the actions
   of the below named individuals. The actions were directed against Plaintiff at _Central Jail_
   _Under Care And Arrest_ on (dates) _4-1-08_, and _4-1-08_
   (institution/place where violation occurred)   (Count 1)  (Count 2)  (Count 3)

§ 1983 SD Form
(Rev. 4/06)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Mr Bill Kollender Deputy Chief** (name) resides in **1173 Front SD CA 92101** (County of residence) and is employed as a **Deputy Sheriff** (defendant's position/title (if any)). This defendant is sued in (his)/her ■ individual ■ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Bill Kollender Deputy Sheriffs Acted under color of the state Law committed Act of Cruel unusal punishment protected under U.S. Constitution civil Rights 8TH Amendment**

Defendant **Mr Richard LieKwey CEO** (name) resides in **200 West Arbor Drive, SD CA 92103** (County of residence) and is employed as a **Chief executive officer CEO** (defendant's position/title (if any)). This defendant is sued in (his)/her ■ individual ■ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Mr LieKwes Acted under color of the state law Committed Act of Cruel & unusal punishment protected under U.S. Constitution civil Rights civil Rights 8TH Amendment.**

Defendant **Mr Deputy Katra** (name) resides in **1173 Front SD CA 92101** (County of residence) and is employed as a **Deputy Sheriff** (defendant's position/title (if any)). This defendant is sued in (his)/her ■ individual ■ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Deputy Katra Acted under color of the state Law committed Act of Cruel unusal punishment protected under U.S. constitution civil Rights 8TH Amendment.**

Defendant **Mr Deputy Anderson** (name) resides in **1173 Front SD CA 92101** (County of residence) and is employed as a **Deputy Sheriff** (defendant's position/title (if any)). This defendant is sued in (his)/her ■ individual ■ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Mr Deputy Anderson Acted under color of the state Law committed Act of Cruel unusal punishment protected under U.S. constitution civil Rights 8TH Amendment**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.) ACTED UNDER COLOR OF THE STATE LAW

Count 1: The following civil right has been violated: EXCESSIVE FORCE BY BILL KOLLENDER DEPUTIES

EXCESSIVE FORCE - 2008 NIGHTMARES HAS OCCURRED (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Officer Deputy Bill Kollender Deputies Anderson Deputy Smith used excessive force and attacked me on my back while I was restrained on my back to a hospital bed while getting treatment at Tri-City Hospital. This occurred under color of the state law which violated my civil rights. Cruel and unusual punishment. Excessive force. Left eye ruptured at time of incident. Now Mr. Willis suffers from nightmares emotional stress in his sleep as a result now in 2008. From the assault in 2002. The new onset injury is constant and has come on in 2008 without warning. The nightmares were reported to county administration. See claim previously form received to you. Bottom corner front once along with closed medical records 1 of 3. These violated U.S. Constitution under 8th Amendment cruel and unusual punishment.

§ 1983 SD Form
(Rev. 4/06)                                    3

Count 2: The following civil right has been violated: EXCESSIVE FORCE BY CEO RICHARD LIEKWEG MEDICAL
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) ACTED UNDER COLOR OF STATE LAW EXCESSIVE FORCE WHICH VIOLATED U.S. CONSTITUTION 8TH AMENDMENT UNDER CRUEL AND UNUSUAL PUNISHMENT

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.] IN 2008 MR WILLIS HAS NIGHTMARES WHILE SLEEP WHICH HAS CAUSED EMOTIONAL AND DISTRESS NEW INJURY FROM 2002 ATTACK. IM HAVEING NIGHT MARES LIKE THE INCIDENT ALL OVER AGAIN BEEN ASSAULTED BY THE SECURITIES EMPLOYED BY UCSD KELLOGG. CAUSED THIS NEW ONSET INJURY IS OCCURING IN SLEEP UCSD HILLCREST HOSPITAL CEO RICHARD LIEKWEG & EMPLOYEES CONTRIBUTED TO ATTACK BY PLACEING TWO MENTAL PATIENTS IN SAME ROOM WITH ME AND THEY WOULD A-ERR WHEN I ASKED SECURITY TO NURSE SHE RAN OUT OF ROOM DEPUTIES SAID SHUT UP AND CAME INTO MY BED WITH GUN ON CHOKEING ME AND ASSAULTED ME VERY CRUEL REAL BAD.

RICHARD LIEKWEG CEO AND UCSD EMPLOYEES ACTED UNDER COLOR OF STATE LAW AND VIOLATED MY CIVIL RIGHTS TO CRUEL AND UNUSUAL PUNISHMENT 8TH AMENDMENT U.S. CONSTITUTIONAL VIOLATION. THEY FILED FALSE ESCAPE CHARGES TO COVER THERE ACTIONS AND EVERY TIME I FILE THE INCIDENT UNDER COVER NEW INJURY HAS NEW OCCURED

Count 3: The following civil right has been violated: _SAME AS OTHERS_
_1 2 3 4 OF complaint_
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

civil rights violated in 2008 excessive force nightmares 8th Amendment U.S. Constitution cruel unusual punishment housed in Ad Seg permanent. since 2002 From there attack on me. there o.r. return was denied nightmares his medical current pain stress in 2008.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: __FRIST AMENDED complaint__ Leroy Willis JR V. B-Kollender et al
Defendants: __08-0844-JAH CJMA__ UCSD CEO R. Lewis

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: __4-08__

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
__SENT NEW INJURY CLAIM TO 1600 PACIFIC HWY SDCA 92101 County Administration Office 2008 SEE CLAIM IN YOUR FILE.__

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): __Do not Harm Me Anymore. Please this is serious. Enough, enough. They are cruel.__

2. Damages in the sum of $ __1 Million__.

3. Punitive damages in the sum of $ __1 Million__

4. Other: __2008 =Injury__

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

__8-22-08__
Date

__[signature]__
Signature of Plaintiff

(1) Additional

Under penalty and perjury UCSD CEO R- Lickweg-Bill Kolender ect ALL NAMED. Under color of STATE ACTED cruel and unusual punishment & excessive force ect AL. page 1 through 5. TO SATISFY PAGE 4 (B) ORDER FILED 7-15-08 U.S. DISTRICT COURT 7-15-08. ALSO TO ADDRESS PAGE 6 TOLLING ISSUE SEE GENERAL CODE OF CIVIL PROCEDURE 312. MR. WILLIS nightmares and injury, I became aware of occurence in 2008 and I filed to the court concerning pain & suffering from nightmares related to incident Sheriff Dept UCSD et al ceo. I have no control when I become actually emotionally effected by a incident in my sleep. NOTE TRUE FACTS

(2)

SENT TO PRISON MAY 2002  PAROLED 2005. 6-3-05
REARRESTED 2005 9-05
PAROLED Again 2007 7-2-07
REARRESTED 9-19-07

INJURY DID NOT INSUE UNTIL 2008. I FILED claim 2008 DO TO nightmares were Directly soley to Incident Caused By ALL named in complaint In 2008.

SHERIFF DEPT STATUE TO FILE CHARGES ON THERE Allege Alligation They claim was the cause of Incident expired By LAW.? IN ?

Mr WILLIS WAS Classified As A Level Six escape Risk ALL LIES TO COVER UP Incident. I was CHAIN TO A BEDOOR

(3)

Placed in A green Jump suit. Alert Staff

Placed in ADSEG everytime I come into Jail 24 hour lockdown

I am Hated by staff Due to D.A. would not file on charges on me they even said I went for the gun but failed to draw there gun Anyone with a Brain smells coverup

never had a Rule violation Hearing on incident they type what they please in there computer and log.

Good old Boys Hang a nigga always

note petitioner has mental and emotional pain and its very hard to law due to comprehending psychotropic medication. This is a serious and hard issue the case is complex for that reason alone petitioner ask a pray counsel be appointed.

SEE EXHIBIT A.

Larry Willis Jr. v. Bill Kolender sheriff's deputy Anderson Katra, CEO Richard Liewkeg UCSD Medical et, al

And under penalty of perjury.

McNabb v. United States, 318 U.S. 332 (1943).

supervisory power at the

| NAME and NUMBER | CDC NUMBER: H36974 | CDC 128-C |
|---|---|---|
| WILLIS, LEROY | | R.J. Donovan Correctional Facility |
| | | F420000000000142L |

## ANNUAL TB CHRONO
## TB SKIN TESTING

DISTRIBUTION
CENTRAL FILE: ☒
MEDICAL FILE: ☒
INMATE: ☒

INMATE TB ALERT CODE: 22

*Larry Lyle*
LARRY LYLE, PHYSICIAN & SURGEON

03-14-2007
DATE

MEDICAL-PSYCHIATRIC-DENTAL

**Exhibit A**

---

STATE OF CALIFORNIA
CDC FORM 128C

## MENTAL HEALTH PLACEMENT

DEPARTMENT OF CORRECTIONS
MHPCv2.0 [5-1-97]
Effective 6-1-97

NAME: Willis, Leroy    CDC# H36974    INST: RJD    ☒ HOUSING: 420-142

THIS INMATE HAS COMPLETED A MENTAL HEALTH EVALUATION WITH THE FOLLOWING RESULTS (check box(s) below):

a) ☐ Does **Not** Meet Criteria for Inclusion in the Mental Health Treatment Population.
b) ☒ Meets Inclusion Criteria for the MH Treatment Population (Check Level of Care [LOC] Below)
    ☐ No  ☒ Yes  Inclusion is for of Medical Necessity (Obtain Chief Psychiatrist Signature Below).
c) ☐ Presently Included in MHSDS, new LOC below (Check LOC Below).

LOC:  ☐ Inpatient DMH   ☐ Crisis Beds (MHCB)   ☐ Enhanced Outpatient Program (EOP)/Cat J   ☒ Clinical Case Management (CCCMS)/Cat J

Level of Functioning Assessment (GAF score): 65    Psychotropic Medication Prescribed: ☒ Yes  ☐ No

Behavioral Alerts: _____

| Rodriguez | 7133 | [signature] | 07-22-07 | [signature] |
|---|---|---|---|---|
| CLINICIAN'S LAST NAME (PRINT) | PHONE / EXTENSION | CLINICIAN'S SIGNATURE | DATE | CHIEF PSYCHIATRIST or DESIGNEE SIGNATURE |

Original to be placed in Central File within 48 Hrs.; Copies to: Correctional Counselor I, Unit Health Record